# Order

Michigan Supreme Court
Lansing, Michigan

November 15, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145943

IN RE SETTLES

_____

THEODORE SETTLES,

  Plaintiff-Appellant,

v

WAYNE CIRCUIT COURT JUDGE,

  Defendant-Appellee.

_____

SC: 145943
CoA: 307704

  On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of October 3, 2012, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 15, 2012

_____
Clerk

jam